

**LIZ MURRILL**
ATTORNEY GENERAL

STATE OF LOUISIANA
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 94005
BATON ROUGE, LA
70804-9005

March 12, 2025

**VIA ECF**
Lyle W. Cayce
Clerk of Court
United States Court of Appeals, Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130-3408

    Re:  *In re: Gary Westcott*, No. 25-30088

Dear Mr. Cayce:

    I write with two updates for the panel. *First*, on February 27, the panel held this case in abeyance for seven days, "to give the district court the opportunity to consider whether to vacate the February 21, 2025 order" in light of Plaintiff Hoffman's new suit. ECF 28. That deadline expired on March 6, and the district court has taken no action.

    *Second*, on March 11, the district court (in Plaintiff Hoffman's new suit) preliminarily enjoined Plaintiff Hoffman's March 18 execution. The State filed an emergency motion to stay and vacate that injunction this morning. *See Hoffman v. Westcott*, No. 25-70006 (5th Cir.).

    Respectfully submitted,

    */s/J. Benjamin Aguiñaga*
    J. Benjamin Aguiñaga
      Solicitor General of Louisiana

    *Counsel for Petitioners*

cc:    All Counsel (via ECF)